FILED IN CHAMBERS
U.S.D.C. Atlanta

JAN 22 2014

JAMES N. HATTEN, Clerk
By: _____
           Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

United States of America:              CRIMINAL ACTION
           v.                          No. 1:14-MJ-059
APOLLO E. NIDA
                                       **Under Seal**

MOTION TO SEAL

Comes now the United States of America by and through counsel, Alana R. Black, Assistant United States Attorney, and respectfully moves this Court to seal the accompanying Complaint, Affidavit in Support of Complaint, Arrest Warrant, this Motion to Seal, and the sealing Order. The Government also moves to seal all subsequent filings and orders, for the following reasons. In support of this motion to seal, the Government states the following:

The filings in this matter relates to an ongoing criminal investigation, as set forth in the Affidavit submitted in support of the Complaint. Disclosure of the filings may hinder, compromise, jeopardize and/or otherwise prejudice the investigation.

WHEREFORE, it is respectfully requested that this motion be granted, and that the Court sign the attached Order sealing the Complaint, Affidavit in Support of Complaint, Arrest Warrant, this Motion to Seal, and the sealing Order.

Submitted this 21st day of January, 2014.

Respectfully submitted,

SALLY QUILLIAN YATES
UNITED STATES ATTORNEY

*Alana R. Black*
ALANA R. BLACK
ASSISTANT UNITED STATES ATTORNEY

600 U.S. Courthouse
75 Spring St., S.W.
Atlanta, GA  30303
(404)581-6025
(404)581-6181 (Fax)

Georgia Bar No.  785045